*Abraham Levy, Max S. Levine* and *Leo H. Klugherz* for appellant.

*Edward Swann, District Attorney (Don Carlos Buell* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

UNITED STATES TRUST COMPANY OF NEW YORK as Substituted Trustee under the Will of JOHN R. PETERS, Deceased, Respondent, *v.* MARIE L. DE CHEFDEBIEN, Appellant, and DE WITT C. PETERS, Respondent, Impleaded with Others.

Reported below, 180 App. Div. 186.
(Argued April 22, 1918; decided April 30, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1917, which modified and affirmed as modified a judgment of Special Term in an action for an accounting and to obtain a construction of the will of John R. Peters, deceased.

The motion was made upon the ground that the judgment appealed from was not a final judgment and that permission to appeal had not been obtained.

*John De Witt Warner* for motion.

*Achilles H. Kohn* and *William H. Milholland* for respondent.

Motion denied, with ten dollars costs.